Jared B. Pearson, Bar No. 12200
**Pearson Law Firm, PLLC**
9192 South 300 West, Suite 35
Sandy, Utah 84070
Telephone: (801) 888-0991

<table>
<tr><td colspan="2">IN THE UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF UTAH</td></tr>
<tr><td>IN RE:<br><br>    CHRIS TAULA and<br>    MALIA MELAINA TAULA,<br><br>    Debtors</td><td>Case No. 22-22698<br><br>Judge: Kevin R. Anderson<br><br>Chapter 13</td></tr>
<tr><td colspan="2">DEBTORS' OBJECTION TO RECOUP ASSET MANAGEMENT'S PROOF OF CLAIM<br>NO. 19</td></tr>
</table>

Debtors, by and through counsel of record, Jared B. Pearson, hereby object to Recoup

Asset Management's Proof of Claim as follows:

1.      The Proof of Claim incorrectly designates the Debtors' vehicle as a 2001 Honda

Accord. The vehicle that the Debtors are currently paying on through Discount Title Loan is a

2012 Chevrolet Malibu.

THEREFORE, Debtors object to claim 19 as being incorrect, and respectfully request

that the Court deny Recoup Asset Management's claim no. 19 or Order that it be amended, and

pray for such further and additional relief as the Court may deem just and proper. Debtors further

request that attorney fees in the amount of $450 be awarded for having to bring this Objection.

DATED: March  21 , 2023

/s/ Jared B. Pearson
JARED B. PEARSON
Attorney for Debtor(s)

MAILING CERTIFICATE

The undersigned hereby certifies that on March  21st, 2022, a true and correct copy of the foregoing pleading was sent by U.S. Mail, first class, postage-prepaid, or by electronic notification to the following:

Office of the U.S. Trustee                          By Electronic Notification
9 Exchange Place, Suite 100
Salt Lake City, Utah 84111


Chapter 13 Trustee                                  By Electronic Notification

Recoup Asset Management                             By ECF, Email and U.S. Mail
4850 Harrison Blvd., Suite 1
Ogden, Utah 84403
Recoupassetmanagement@gmail.com
claims@recoupasset.com
utahbankruptcyfirm@gmail.com


Discount Title Loans                                By ECF and U.S. Mail




                                                     /s/ Jared B. Pearson
                                                    Jared B. Pearson